UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FEB 21 2007

**RECEIVED**

**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001**
Date: 2/15/07

FILED
LODGED

FEB 16 2007

**Nancy Mayer-Whittington
Clerk of the Court**

Address of Other Court:  United States District Court
                         6500 Cherrywood Lane Ste 200
                         Greenbelt, Md. 20770
                         Re: Louis Henry Martin 07MG18

**FILED**

FEB 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

X   Docket Sheet                              Warrant of Removal

X   Warrant/Pet on Supervised Rel             Order of Removal

    Minute Order Appointing Counsel           Detention Order

    Corporate Surety Bond                  X  Waiver of Removal

    Personal Surety Bond

X   Other-Blotter dated 2/12/07, 1/30/07

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
    Deputy Clerk

FILED _____   ENT_
LODGED _____   R_

FEB 15 2007

AT_____
CLERK U.S. DISTRICT __
DISTRICT OF MARYLAND
BY_____ DEPUTY