UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :   Criminal Action No.: 05-0317 (RMU)
:
NICKELLI L. KELLY,  :
:
Defendant.  :

**ORDER**

**FILED**

MAY 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this  10  day of  May  2007,

**ORDERED** that a _____ hearing in the above-captioned case shall take place on _____ Nov. 13, 2007 _____ at  9:45 .

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge